AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts Southern
District of Texas
FILED

*October 20, 2022*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Odalys CARDONA<br>YOB: 1996   Citizenship: United States<br>*Defendant(s)* | Case No. M-22-2051-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 20, 2022** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 | Defendant did knowingly and intentionally import from the United Mexican States into the United States approximately 16.62 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA L. Fry

/s/ Jaris Jones
*Complainant's signature*

Jaris Jones HSI Special Agent
*Printed name and title*

☒ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: October 20, 2022   **10:14 PM**

*Judge's signature*

City and state: McAllen, Texas

Nadia S. Medrano United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

On October 20, 2022, at approximately 5:55 am, Odalys CARDONA (hereinafter CARDONA), attempted to enter the United States from Mexico at the Hidalgo, Texas Port of Entry (POE) as the sole occupant and driver of a vehicle. The vehicle was referred to secondary inspection, where an x-ray scan was conducted and abnormalities were located in the rear of the vehicle. A physical search of the vehicle was conducted and 15 packages, weighing approximately 16.62 kilograms, were discovered hidden within a factory void of the rear quarter panel of the vehicle. The substance within the packages was field-tested and was positive for the properties and characteristics of cocaine.

HSI Special Agents responded to the Hidalgo POE and interviewed CARDONA, who admitted that she is paid to import drugs into the United States. She further admitted that she would turn her vehicle over to another individual once she arrived in the United States so that the drugs could be extracted.